**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01678-CV

### IN RE MICHAEL STOUT, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91072544-T**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    JIM MOSELEY
        JUSTICE